**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

HARWICK CHYA ABRAM,
          Plaintiff,

vs.                                              CASE NO. 8:16-cv-00072-EAK-TGW

ALDI INC. and DAVID BEHM,
          Defendant(s).
_____/

**MOTION TO WITHDRAW**

        The undersigned counsel, pursuant to Federal Rule of Civil Procedure 24(c) files this Motion to Withdraw and states:

1. Representation of the Plaintiff/Client, Harwick C. Abram, has become an unreasonable financial burden and has been rendered unreasonably difficult by the Client.

2. Both fee, communication problems, and irreconcilable difference exist concerning the prosecution of the above case, which constitutes good cause for terminating further representation in this matter by the undersigned counsel.

3. These matters have been discussed with Client but no satisfactory resolution was met.

4. A proposed Order Granting Leave to Withdraw is attached hereto as an Exhibit.

5. The Plaintiff has refused to consent to the withdrawal of the undersigned as her counsel, despite multiple discussions to that effect. Moreover, Plaintiff has informed the undersigned that she is in the process of retaining new counsel. The undersigned is unaware of the identity of that new counsel.

6. The Plaintiff's address and the address at which this Motion is being served is:

Harwick C. Abram,

240 SW 3rd Ct., Deerfield Beach, FL 33441

Phone: (954) 909-3540

Email:   harwick.chya.abram@gmail.com.

WHEREFORE, pursuant to the above-cited rules and with specific reference to Federal Rules of Civil Procedures, the undersigned seeks an Order granting him leave to withdraw from further representation, and such further relief as may be deemed necessary and appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **April 20, 2017**, I served a copy of the foregoing upon Harwick C. Abram, 240 SW 3RD Ct., Deerfield Beach, FL 33441 by Email at harwick.chya.abram@gmail.com and caused the foregoing to be filed using the Court's CM/ECF filing system, which will send an electronic notice of filing to all attorneys/parties who have appeared.

Esmond J. Lewis, Esq.
ESMOND LEWIS, P.A.
5237 Summerlin Commons Blvd., Ste. 312
Fort Myers, FL   33907
(239) 275-2215, Phone
(866)724-0342, Facsimile

By: _____
Esmond J. Lewis, Esq.
Florida Bar #: 0894311
Primary Email:   esmond@esmondlewislaw.com
Secondary Email:   paralegal@esmondlewislaw.com